UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JARVIS DUPREE ROSS, | ) | |
| ID # 37467-177, | ) | |
| Movant, | ) | No. 3:15-CV-3233-B-BH |
| vs. | ) | No. 3:08-CR-167-B-BH (3) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( ) The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(X) The application for leave to proceed *in forma pauperis* on appeal is DENIED because the movant failed to present a certificate of inmate trust account and he has not shown that he is a pauper.

(X) Although this Court has denied leave to proceed *in forma pauperis* on appeal, the movant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).

DATE: NOVEMBER 20, 2017

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE